```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD ROSADO,

            Plaintiff,

            v.

NYC POLICE OFFICER AMAURY SORIANO, *Shield Number 27412*, in *individual and official capacity*; NYC POLICE OFFICER JOHN DOE ONE, in *individual and official capacity*; NYC POLICE OFFICER JOHN DOE TWO, in *individual and official capacity*; and CITY OF NEW YORK;

            Defendants.

No. 16-CV-3310 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 17, 2020, Defendants filed a motion for summary judgment. Dkt. 72. With their motion, Defendants filed supporting papers and exhibits. It appears, however, that Exhibit I, labeled "Photos," is not the exhibit that Defendants intended to submit. Dkt. 74. Accordingly, no later than Thursday, June 18, 2020, Defendants shall submit the correct Exhibit I.

SO ORDERED.

Dated:    June 16, 2020
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge