**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 6/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD ROSADO,

              Plaintiff,

v.

NYC POLICE OFFICER AMAURY SORIANO, *Shield Number 27412, in individual and official capacity*; NYC POLICE OFFICER JOHN DOE ONE, *in individual and official capacity*; NYC POLICE OFFICER JOHN DOE TWO, *in individual and official capacity*; and CITY OF NEW YORK;

              Defendants.

No. 16-CV-3310 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       The Court will have a telephone conference to discuss Defendants' pending motion for summary judgment on Friday, June 26, at 3:15 p.m. The parties shall use the following dial-in information for the conference:

       Call-In Number: (888) 363-4749
       Access Code: 1015508

The parties are advised that this is a public line – thus available to the public and press – and no recordings are permitted. If the parties are unavailable at this time, they should notify the Court and propose alternative dates for the conference.

SO ORDERED.

Dated:    June 23, 2020
            New York, New York

                                                                Ronnie Abrams
                                                               United States District Judge