USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD ROSADO,

                Plaintiff,

      v.

NYC POLICE OFFICER AMAURY SORIANO, *Shield Number 27412, in individual and official capacity*; NYC POLICE OFFICER JOHN DOE ONE*, in individual and official capacity*; NYC POLICE OFFICER JOHN DOE TWO, *in individual and official capacity*; and CITY OF NEW YORK;

                Defendants.

No. 16-CV-3310 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      For the reasons explained during today's telephone conference, Defendants' motion for summary judgment is granted in part and denied in part. Specifically, Defendants are entitled to summary judgment as to Plaintiff's false arrest and municipal liability claims, but not as to the excessive force claim. Accordingly, the Clerk of Court is respectfully directed to terminate the motion pending at docket entry 72.

      Plaintiff's motion to reopen discovery, Dkt. 95, shall be addressed to Judge Fox.

SO ORDERED.

Dated:    June 26, 2020
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge