UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWARD ROSADO,

        Plaintiff,

        -against-

NYC POLICE OFFICER AMAURY SORIANO
SHIELD NUMBER 027412, et al.,

        Defendants.
------------------------------------------------------------------X

**ORDER**
16 CV 3310 (RA) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        The defendants shall, on or before October 21, 2020, file their response to the plaintiff's motion to amend the complaint, Docket Entry No. 108. Any reply shall be filed on or before October 28, 2020.

Dated:  New York, New York
         October 7, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE