UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF NEW YORK

EDWARD ROSADO,

                     Plaintiff,

          v.

NYC POLICE OFFICER AMAURY SORIANO, *et al.*,

                     Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-10-21

16-CV-3310 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       It is hereby ordered that all parties appear for a conference on Friday, March 12, 2021 at 11:00 am to schedule a trial date in this action. If the parties are not available at that date and time, they must notify the Court and propose alternative dates and times no later than Thursday, March 11, 2021. They may do so either via joint letter or by email. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    March 10, 2021
            New York, New York

                                                 RONNIE ABRAMS
                                                 United States District Judge