| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:** 3-15-21 |

EDWARD ROSADO,

                Plaintiff,

      v.

NYC POLICE OFFICER AMAURY SORIANO, *et al.*,

                Defendants.

16-CV-3310 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The following is hereby ORDERED:

    The parties shall submit a joint status letter no later than March 19, 2021, informing the Court whether, after discussing settlement further, they still intend to proceed to trial. If so, they shall advise the Court whether they and their witnesses are available to begin trial on August 9, 2021.

    Absent objection filed by March 19, the parties shall be prepared to try this case on August 9, 2021. In accordance with the Court's individual rules, the parties shall submit a joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and pretrial memoranda of law by July 5, 2021; any oppositions shall be filed by July 12, 2021; and any replies shall be filed by July 19, 2021. A final pretrial conference is scheduled for August 2, 2021 at 10:00 am.

SO ORDERED.

Dated:    March 15, 2021
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge