UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD ROSADO,

                 Plaintiff,

     v.

AMAURY SORIANO, *et al.*,

                 Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

16-CV-3310 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     In light of the parties' recent letters, it is hereby ORDERED that the parties appear for a brief scheduling conference on Friday, June 18 at 11:00 am to discuss their ability to proceed with trial on August 9 and/or to select alternative dates for trial. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    June 16, 2021
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge