UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD ROSADO,

                    Plaintiff,

          v.

AMAURY SORIANO, *et al.*,

                    Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

16-CV-3310 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

 In light of the upcoming Juneteenth holiday, tomorrow's conference is hereby adjourned until

Monday, June 21, 2021 at 10:00 am.

SO ORDERED.

Dated: June 17, 2021
   New York, New York

            RONNIE ABRAMS
            United States District Judge