```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD ROSADO,

            Plaintiff,

      v.

POLICE OFFICER AMAURY SORIANO,

            Defendant.

No. 16-CV-3310 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The parties are hereby ordered to split the costs of the daily transcripts for this trial.

SO ORDERED.

Dated:   August 10, 2021
             New York, New York

_____
Ronnie Abrams
United States District Judge