```
USDC-SDNY
DOCUMENT
ELECTRONICALLY
FILED
DOC#:
DATE FILED: 8/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ROSADO,

      Plaintiff,

v.

SORIANO, ET AL,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER**

Case No.: 16-CV-3310 (RA)

RONNIE ABRAMS, United States District Judge:

  After a three-day trial, a jury found in favor of Defendant. The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

    **Court Exhibit 1:** **Voir Dire Questionnaire**
    **Court Exhibit 2:** **Jury Draft Charge**
    **Court Exhibit 3:** **Jury Charge**
    **Court Exhibit 4:** **Jury Note**
    **Court Exhibit 5:** **Verdict Form**

SO ORDERED.

Dated: August 26, 2021
    New York, New York

                   Ronnie Abrams
                   United States District Judge