**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EDWARD ROSADO,

                         Plaintiff,

         -against-                                                              16 **CIVIL** 3310 (RA)

                                                                               **JUDGMENT**

POLICE OFFICER AMAURY SORIANO,

                         Defendant.
-----------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion & Order dated December 13, 2021, Plaintiff's

motion for a new trial is denied. Judgment is entered for Defendant; accordingly, the case is

closed.

**Dated:**  New York, New York

         December 14, 2021

                                                                      **RUBY J. KRAJICK**
                                                              _____
                                                                      **Clerk of Court**
                                                  **BY:**     _K. mango_
                                                              _____
                                                                      **Deputy Clerk**